In the Matter of SPENCER M. DAWKINS, Appellant.
NEW YORK COUNTY LAWYERS ASSOCIATION, Respondent.

Argued June 3, 1942; decided July 29, 1942.

*Henry A. Uterhart, Alfred Schaffer* and *Bernhard Steinman* for appellant.

*Edwin M. Otterbourg* and *George R. Adams* for New York County Lawyers' Association, respondent.

*William C. Chanler, Corporation Counsel of City of New York* (*Paxton Blair and Alfred D. Jahr* of counsel), *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.